UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFFANY WALTERS | : |
| Plaintiff, | : |
| | : CIVIL NO. _____ |
| V. | : |
| PERFORMANT RECOVERY, INC. | : DECEMBER 30, 2014 |
| Defendant. | : |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, the Defendant, Performant Recovery, Inc., through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of Hartford at Hartford, in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

1.  An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of Hartford at Hartford, entitled *Tiffany Walters v. Performant Recovery, Inc.*, bearing a return date of January 6, 2015. A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.  The complaint is dated November 21, 2014. The complaint was served by process server upon an alleged agent of the Defendant on December 2, 2014. Removal of this action is therefore timely under 28 U.S.C. § 1446(b). To the best of

Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3. In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4. This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5. The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of Hartford at Hartford, where the action is now pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of Hartford at Hartford, be removed therefrom to this Court.

DEFENDANT
PERFORMANT RECOVERY, INC.

By: _____/s/_____
Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
Email: jelliot@znclaw.com

Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on December 30, 2014, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Jonathan D. Elliot