UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TIFFANY WALTERS** ) | CIVIL NO. 3:14-CV-01977 (VLB) |
|     Plaintiff ) | |
| ) | |
| **v.** ) | |
| ) | |
| **PERFORMANT RECOVERY INC.** ) | |
|     Defendant ) | FEBRUARY 18, 2016 |
| ) | |

## WITHDRAWAL

The Plaintiff, after entering into a settlement agreement with the Defendant, hereby withdraws this action.

**PLAINTIFF, TIFFANY WALTERS**

By: _____/s/ct27939_____
Joshua R. I. Cohen, ct27939
jcohen@TheStudentLoanLawyer.com
Cohen Consumer Law, PLC
PO Box 1639, 114 Route 100
West Dover, VT 05356
Tel (860) 233-0338  Fax (860) 233-0339

## CERTIFICATION

I hereby certify that on this 18th of February, 2016, a copy of the foregoing Motion to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ ct27939_____
Joshua R.I. Cohen